UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 20-00491 (DLF) |

**JOINT STATUS REPORT**

Defendant U.S. Department of Health and Human Services ("HHS"), and Plaintiff Campaign for Accountability (collectively, "the Parties"), hereby provide the Court with the following Joint Status Report ("JSR"):

1. Plaintiff filed its Complaint on February 20, 2020 (ECF No. 1), pursuant to the Freedom of Information Act ("FOIA"). HHS answered on April 27, 2020 (ECF No. 6).

2. The Parties have conferred regarding the four FOIA requests at issue in this case:

Request Nos. 1, 2, and 4: HHS has identified a total of 446 pages of potentially responsive documents. On June 11, 2020, HHS released 270 pages in full, 60 pages in part, and withheld 2 pages as non-responsive. Simultaneously, HHS provided 114 of the 446 identified pages for pre-disclosure notice to a third party. On July 16, 2020, HHS produced the 114 pages, releasing 93 pages in full, and 21 pages in part.

Request 3: This request seeks communications and other documents regarding the implementation date of a final revised Title X rule and regarding the Health Resources & Services Administration 340B Drug Pricing Program. HHS processed five (5) pages of potentially

responsive documents.  On July 16, 2020, HHS informed Plaintiff that it is withholding all five (5) pages as not responsive to the request.

3.  HHS reports that it has completed its search and production in response to the above FOIA requests.

4.  The Parties propose to file an additional JSR no later than September 14, 2020.

Dated: August 13, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: /s/ Sean M. Tepe
SEAN M. TEPE
D.C. BAR NO. 1001323
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2533
sean.tepe@usdoj.gov

*Counsel for Defendant*

By: /s/ Alice C.C. Huling
ALICE C.C. HULING
D.C. BAR NO. 1644296
CAMPAIGN FOR ACCOUNTABILITY
611 Pennsylvania Ave. SE, #337
Washington, D.C. 20003
T: (202) 780-5750
ahuling@campaignforaccountability.org

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, </br></br> Plaintiff, </br></br> v. </br></br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No. 20-00491 (DLF) |

## [Proposed] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by September 14, 2020, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2020.

_____
United States District Court Judge